JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 0 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1629

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*Stephen Brodsky v. Pfizer, Inc., et al.*, S.D. New York, C.A. No. 1:04-7960
*Dan Huffman, etc. v. Pfizer, Inc., et al.*, S.D. New York, C.A. No. 1:04-7961
*Patti Paulsen, etc. v. Pfizer, Inc., et al.*, S.D. New York, C.A. No. 1:04-8464
*Rosalia Sumait, et al. v. Pfizer, Inc., et al.*, S.D. New York, C.A. No. 1:04-8719
*Monica Smith, etc. v. Pfizer, Inc., et al.*, S.D. New York, C.A. No. 1:04-8720

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING THE MAY 26, 2005 HEARING SESSION

A conditional transfer order was filed in these five actions on February 8, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the actions filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. Plaintiffs have now advised the Panel that they withdraw their initial opposition to the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-3" filed on February 8, 2005, is LIFTED insofar as it relates to these five actions, and thus the actions are transferred to the District of Massachusetts for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Patti B. Saris.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 20, 2005, are VACATED insofar as they relate to these five actions.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

ECF, MEMBER, RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:04-cv-07961-JSR

Huffman v. Pfizer, Inc. et al
Assigned to: Judge Jed S. Rakoff
Related Case: 1:04-cv-07374-JSR
Case in other court: State Court-Supreme, 113213-04
Cause: 28:1331 Fed. Question: Other

Date Filed: 10/08/2004
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Federal Question

### Plaintiff

**Dan Huffman**
*as proposed administrator of the estate of Candy Lynn Huffman, deceased*

represented by **Eleanor Louise Polimeni**
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550
845-563-9421
Fax: 845-562-3492
Email: epolimeni@lawampm.com
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Pfizer, Inc.**

represented by **Erik M. Zissu**
Davis Polk & wardwell
450 Lexington Avenue
New York, NY 10017
(212)450-4000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erik March Zissu**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4511
Fax: 212 450-3511
Email: zissu@dpw.com
*ATTORNEY TO BE NOTICED*

### Defendant

**Parke-Davis**
*a division of Warner-Lambert*

represented by **Erik M. Zissu**
(See above for address)

*Company and Warner-Lambert*
*Company L.L.C.*

LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Erik March Zissu
(See above for address)
ATTORNEY TO BE NOTICED

**Defendant**

**Warner-Lambert Company**    represented by    **Erik M. Zissu**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Erik March Zissu
(See above for address)
ATTORNEY TO BE NOTICED

**Defendant**

**Warner-Lambert Company L.L.C.**    represented by    **Erik M. Zissu**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Erik March Zissu
(See above for address)
ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 10/08/2004 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 113213-04. (Filing Fee $ 150.00, Receipt Number 522041).Document filed by Parke-Davis, Pfizer, Inc., Warner-Lambert Company, Warner-Lambert Company L.L.C..(laq, ) Additional attachment(s) added on 10/14/2004 (laq, ). (Entered: 10/12/2004) |
| 10/08/2004 | 2 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Parke-Davis, Pfizer, Inc., Warner-Lambert Company, Warner-Lambert Company L.L.C..(laq, ) Additional attachment(s) added on 10/14/2004 (laq, ). (Entered: 10/12/2004) |
| 10/08/2004 |  | CASE REFERRED TO Judge Jed S. Rakoff as possibly related to 1:04-cv-7374. (laq, ) (Entered: 10/12/2004) |
| 10/08/2004 |  | Case Designated ECF. (laq, ) (Entered: 10/12/2004) |
| 10/08/2004 | 3 | ANSWER to Complaint. Document filed by Parke-Davis, Pfizer, Inc., Warner-Lambert Company, Warner-Lambert Company L.L.C..(laq, ) (Entered: 10/12/2004) |

| | | |
|---|---|---|
| 10/13/2004 | 4 | ANSWER to Complaint with JURY DEMAND. Document filed by Parke-Davis, Pfizer, Inc., Warner-Lambert Company, Warner-Lambert Company L.L.C..(Zissu, Erik) (Entered: 10/13/2004) |
| 10/15/2004 | 5 | NOTICE of Appearance by Eleanor Louise Polimeni on behalf of Dan Huffman (Polimeni, Eleanor) (Entered: 10/15/2004) |
| 10/25/2004 | | CASE ACCEPTED AS RELATED TO 1:04-cv-7374. Notice of Assignment to follow. (laq, ) (Entered: 10/28/2004) |
| 10/25/2004 | 6 | NOTICE OF CASE ASSIGNMENT to Judge Jed S. Rakoff. Judge Unassigned no longer assigned to the case. (laq, ) Additional attachment(s) added on 10/28/2004 (laq, ). (Entered: 10/28/2004) |
| 10/25/2004 | | Magistrate Judge Henry B. Pitman is so designated. (laq, ) (Entered: 10/28/2004) |
| 10/25/2004 | | Mailed notice to the attorney(s) of record. (laq, ) (Entered: 10/28/2004) |
| 10/27/2004 | | ORDER The Court, on its own motion, hereby consolidates for all purposes all six cases, 04cv6704, 04cv7297, 04cv7374, 04cv7960, 04cv7961, and 04cv7962, which collectively shall henceforth be captioned "In re Neurontin" and bear the docket number of the first-filed case, to wit, 04 Civ. 6704 (JSR). So Ordered. Original filed in case 04cv6704, doc #9. (Signed by Judge Jed S. Rakoff on 10/26/04) (jco, ) (Entered: 10/28/2004) |

### PACER Service Center

#### Transaction Receipt

04/25/2005 14:53:48

| PACER Login: | us2510 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:04-cv-07961-JSR |
| Billable Pages: | 2 | Cost: | 0.16 |